PLAINTIFF'S EXHIBIT 1
Blumberg No. 5399

OCJD_00071

O.C. Jewish Deli and Diner, LLC
Analysis of Wages
Thomas Fowler
Hire Date: 04/26/17

| Pay Date | Reg Hours Kitchen | Rate | Reg Hours Server | Rate | OT Hours Kitchen | OT Hours Server | Bonus Wages | Total Wages Earned | Total Wages Paid | Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/5/2017 | 14.02 | 10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 147.17 | 147.18 | 0.00 |
| 5/19/2017 | 69.75 | 10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 732.38 | 732.38 | 0.00 |
| 6/2/2017 | 64.50 | 10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 677.25 | 677.25 | 0.00 |
| 6/16/2017 | 60.73 | 10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 637.70 | 637.70 | 0.00 |
| 6/30/2017 | 74.49 | 10.50 | 0.00 | 0.00 | 3.75 | 0.00 | 0.00 | 841.21 | 841.21 | 0.00 |
| 7/14/2017 | 80.00 | 10.50 | 0.00 | 0.00 | 4.97 | 0.00 | 0.00 | 918.21 | 918.23 | 0.00 |
| 7/28/2017 | 75.57 | 10.50 | 4.43 | 3.63 | 12.84 | 0.67 | 0.00 | 1,015.44 | 949.79 | 65.65 |
| 8/11/2017 | 75.95 | 10.50 | 4.05 | 3.63 | 37.24 | 0.00 | 0.00 | 1,398.71 | 1,204.88 | 193.83 |
| 8/25/2017 | 80.00 | 10.50 | 0.00 | 0.00 | 39.89 | 0.00 | 0.00 | 1,468.27 | 1,258.77 | 209.50 |
| 9/8/2017 | 40.00 | 10.50 | 0.00 | 0.00 | 12.34 | 0.00 | 0.00 | 614.36 | 549.50 | 64.86 |
| 9/22/2017 | 62.45 | 10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 655.73 | 655.73 | 0.00 |
| 10/6/2017 | 58.37 | 10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 612.84 | 612.85 | 0.00 |
| 10/20/2017 | 53.48 | 10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 561.57 | 561.57 | 0.00 |
| 11/3/2017 | 51.80 | 10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 543.90 | 543.90 | 0.00 |
| 11/17/2017 | 29.23 | 10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 306.95 | 306.95 | 0.00 |
| 12/1/2017 | 55.87 | 10.50 | 0.53 | 3.63 | 0.00 | 0.00 | 0.00 | 588.53 | 588.54 | 0.00 |
| 12/15/2017 | 59.15 | 10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 621.08 | 621.08 | 0.00 |
| 12/29/2017 | 37.23 | 10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 390.95 | 390.95 | 0.00 |
| 1/12/2018 | 33.98 | 10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 356.82 | 356.82 | 0.00 |
| 1/26/2018 | 37.25 | 10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 391.13 | 391.13 | 0.00 |
| 2/9/2018 | 43.40 | 10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 455.70 | 455.70 | 0.00 |
| 2/23/2018 | 43.65 | 10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 458.33 | 458.33 | 0.00 |
| 3/9/2018 | 32.37 | 10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 339.85 | 339.85 | 0.00 |
| 3/23/2018 | 49.03 | 10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 514.85 | 514.85 | 0.00 |
| 4/6/2018 | 45.12 | 10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 573.73 | 573.73 | 0.00 |
| 4/20/2018 | 36.68 | 12.50 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 558.54 | 558.54 | 0.00 |
| 5/4/2018 | 54.85 | 12.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 685.63 | 685.63 | 0.00 |

OCJD_00072

| Date | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 5/18/2018 | 74.88 | 12.50 | 0.00 | 0.00 | 0.00 | 0.00 | 936.04 | 936.04 | 0.00 |
| 6/1/2018 | 71.57 | 12.50 | 0.00 | 9.98 | 0.00 | 0.00 | 1,081.77 | 1,019.37 | 62.40 |
| 6/15/2018 | 80.00 | 12.50 | 0.00 | 28.80 | 0.00 | 0.00 | 1,540.00 | 1,360.00 | 180.00 |
| 6/29/2018 | 80.00 | 12.50 | 0.00 | 28.37 | 0.00 | 0.00 | 1,531.88 | 1,354.58 | 177.30 |
| 7/13/2018 | 80.00 | 12.50 | 0.00 | 76.05 | 0.00 | 0.00 | 2,425.94 | 1,950.63 | 475.31 |
| 7/27/2018 | 80.00 | 13.00 | 0.00 | 75.90 | 0.00 | 0.00 | 2,520.05 | 2,026.70 | 493.35 |
| 8/10/2018 | 80.00 | 13.00 | 0.00 | 73.15 | 0.00 | 0.00 | 2,466.43 | 1,990.95 | 475.48 |
| 8/24/2018 | 80.00 | 13.00 | 0.00 | 81.33 | 0.00 | 0.00 | 2,625.99 | 2,097.33 | 528.66 |
| 9/7/2018 | 80.00 | 13.00 | 0.00 | 81.87 | 0.00 | 0.00 | 2,636.39 | 2,104.27 | 532.12 |
| 9/21/2018 | 80.00 | 13.00 | 0.00 | 53.00 | 0.00 | 0.00 | 2,073.50 | 1,729.00 | 344.50 |
| 10/4/2018 | 0.00 | 15.00 | 0.00 | 6.29 | 0.00 | 0.00 | 141.53 | 97.25 | 44.28 |
| 10/5/2018 | 80.00 | 15.00 | 0.00 | 14.22 | 0.00 | 0.00 | 1,519.88 | 1,319.03 | 200.85 |
| 10/18/2018 | 0.00 | 15.00 | 0.00 | 30.27 | 0.00 | 0.00 | 681.08 | 456.75 | 224.33 |
| 10/19/2018 | 80.00 | 15.00 | 0.00 | 1.73 | 0.00 | 0.00 | 1,239.00 | 1,144.27 | 94.73 |
| 11/1/2018 | 23.10 | 15.00 | 0.00 | 17.38 | 0.00 | 0.00 | 737.55 | 607.25 | 130.30 |
| 11/2/2018 | 56.90 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 853.50 | 853.50 | 0.00 |
| 11/15/2018 | 31.70 | 15.00 | 0.00 | 17.78 | 0.00 | 0.00 | 875.62 | 742.25 | 133.37 |
| 11/16/2018 | 48.30 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 724.50 | 724.50 | 0.00 |
| 11/29/2018 | 53.15 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 797.25 | 797.25 | 0.00 |
| 11/30/2018 | 22.80 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 342.00 | 342.00 | 0.00 |
| 12/13/2018 | 28.25 | 15.00 | 0.00 | 30.73 | 0.00 | 0.00 | 1,115.24 | 884.75 | 230.49 |
| 12/14/2018 | 51.75 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 776.25 | 776.25 | 0.00 |
| 12/27/2018 | 38.88 | 15.00 | 0.00 | 17.22 | 0.00 | 0.00 | 970.65 | 841.50 | 129.15 |
| 12/28/2018 | 41.12 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 616.75 | 616.75 | 0.00 |
| 1/10/2019 | 35.30 | 15.00 | 0.00 | 1.68 | 0.00 | 0.00 | 567.37 | 554.75 | 12.62 |
| 1/11/2019 | 44.70 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 670.50 | 670.50 | 0.00 |
| 1/24/2019 | 21.60 | 15.00 | 0.00 | 36.60 | 0.00 | 0.00 | 1,147.50 | 873.00 | 274.50 |
| 1/25/2019 | 58.40 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 876.00 | 876.00 | 0.00 |
| 2/7/2019 | 0.00 | 15.00 | 0.00 | 21.42 | 0.00 | 0.00 | 481.88 | 321.25 | 160.63 |
| 2/8/2019 | 80.00 | 15.00 | 0.00 | 13.83 | 0.00 | 0.00 | 1,511.25 | 1,407.50 | 103.75 |
| 2/21/2019 | 0.00 | 15.00 | 0.00 | 8.63 | 0.00 | 0.00 | 194.25 | 129.50 | 64.75 |
| 2/22/2019 | 80.00 | 15.00 | 0.00 | 21.73 | 0.00 | 0.00 | 1,689.00 | 1,526.00 | 163.00 |
| 3/8/2019 | 80.00 | 15.00 | 0.00 | 21.32 | 0.00 | 0.00 | 1,679.63 | 1,519.75 | 159.88 |
| 3/21/2019 | 0.00 | 15.00 | 0.00 | 8.65 | 0.00 | 0.00 | 194.63 | 129.75 | 64.88 |

OCJD_00073

| Date | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3/22/2019 | 79.07 | 15.00 | 0.00 | 0.00 | 14.15 | 0.00 | 0.00 | 1,504.38 | 1,398.25 | 106.13 |
| 4/4/2019 | 0.00 | 15.00 | 0.00 | 0.00 | 4.92 | 0.00 | 0.00 | 110.63 | 73.75 | 36.88 |
| 4/5/2019 | 80.00 | 15.00 | 0.00 | 0.00 | 25.83 | 0.00 | 0.00 | 1,781.25 | 1,587.50 | 193.75 |
| 4/18/2019 | 0.00 | 15.00 | 0.00 | 0.00 | 7.47 | 0.00 | 0.00 | 168.00 | 112.00 | 56.00 |
| 4/19/2019 | 78.63 | 15.00 | 0.00 | 0.00 | 8.28 | 0.00 | 0.00 | 1,365.87 | 1,303.75 | 62.12 |
| 5/2/2019 | 0.00 | 15.00 | 0.00 | 0.00 | 8.85 | 0.00 | 0.00 | 199.13 | 132.75 | 66.38 |
| 5/3/2019 | 77.65 | 15.00 | 0.00 | 0.00 | 8.68 | 0.00 | 0.00 | 1,360.12 | 1,295.00 | 65.12 |
| Totals | 3476.67 | 880.00 | 9.01 | 10.89 | 967.15 | 0.67 | 200.00 | 63,796.92 | 57,216.21 | 6,580.80 |